# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

2007 NOV 26 PM 6:04
U.S. DISTRICT COURT

In the Matter of                                    Case

Robert E. Reed,
        Plaintiff
    v.
U.S. EPA, Defendant

**FILED**
KC
NOV 2 6 2007
Nov 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert E. Reed, Plaintiff

07CV6639
JUDGE SHADUR
MAGISTRATE JUDGE COX

| SIGNATURE | |
|---|---|
| Eric O Dunton | |
| **FIRM** | |
| E. Powell Dunham / Associates | |
| **STREET ADDRESS** | |
| 53 W. Jackson Suite 831 | |
| **CITY/STATE/ZIP** | |
| Chicago  Illinois  60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 0641283 | (312) 671-5470 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |