Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6639 | **DATE** | 11/28/2007 |
| **CASE TITLE** | Robert E. Reed vs. U.S. EPA | | |

**DOCKET ENTRY TEXT**



Enter Memorandum Order. This Court sua sponte dismisses the Complaint and this action - - but without prejudice to a refiling of the claim if the precondition to suit is satisfied properly and on a timely basis.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|