IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 C 6639 |
| | ) | |
| U.S. EPA, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM ORDER

This Court has just received the attached employment discrimination complaint, inexplicably tendered in handwritten form even though counsel is a registered e-filer.[1] But quite apart from its technical deficiency, the Complaint fails to reflect any compliance with the jurisdictional prerequisite to the institution of any such complaint by an employee or ex-employee of the federal government: the earlier pursuit of the administrative remedy mandated for such employee. Accordingly this Court sua sponte dismisses the Complaint and this action--but without prejudice to a refiling of the claim if the precondition to suit is satisfied properly and on a timely basis.

                                             _____
                                             Milton I. Shadur
                                             Senior United States District Judge

Date: November 28, 2007

---

[1] That form of filing violates this District Court's May 19, 2005 General Order on Electronic Case Filing.

2007 NOV 26 PM 6:05

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Robert E. Reed

**Plaintiff(s)**

v.

U.S. EPA

**Defendant(s)**

Case No.

07CV6639
JUDGE SHADUR
MAGISTRATE JUDGE COX

## COMPLAINT

Now comes the Plaintiff, Robert E. Reid, by and through his attorney, Eric Manton, hereby complain that the U.S. EPA terminated the employment of the Plaintiff based on race and improper procedural methods and in support they state as follows:

1. That the Plaintiff was employed by the U.S. EPA in the Regional Counsel's Office where he served for numerous years with satisfactory work.
2. The Plaintiff was allegedly improperly reviewing materials while at work.
3. As a result of the Plaintiff's actions he was terminated.
4. Several other individuals were cited for doing the same thing however they were not terminated. These employees were of a different race.
5. In terminating the Plaintiff, the agency failed to follow their procedures of the Union agreement.
6. That the termination was in violation of both union rules and Federal Regulations.

-2-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Robert E Reed

**Plaintiff(s)**

Case No.

V.

US EPA

**Defendant(s)**

7. That the agency waited almost two years before terminating the plaintiff even though they claimed his actions were egregious.

For all the above reasons the Plaintiff prays as follows

1. That the Plaintiff be reinstated to his position with U.S. EPA.

2. That the Plaintiff be awarded One Hundred Thousand ($100,000) in punitive damages and for emotional stress and

3. Any and all relief this Court feels just and equitable

Respectfully submitted,

Eric D Dunham
Attorney for Plaintiff
53 W Jackson
Chgo, Ill. 60711

2007 NOV 26 PM 6: 05

CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ROBERT E. REED
PLAINTIFF

CASE NO. _____

VS.

U.S. EPA
DEFENDANT

## PROOF OF SERVICE

TO: US EPA REGION 5
77 W. JACKSON BLVD
CHICAGO, IL 60604

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 26th day of NOV., 2007, I served a copy of this COMPLAINT to each person whom it is directed by way of U.S. POSTAL SERVICE AT 600 W. JACKSON, CHGO, IL.

Name Eric P. Dunham
Address 53 W. JACKSON Suite 831
City/Zip CHICAGO, IL 60604
(312) 671-5470